In the Matter of the Accounting of the BROOKLYN TRUST COMPANY as Successor to the MECHANICS BANK as Substituted Trustee of the Trust for the Benefit of EDWARD WHITAKER under the Last Will and Testament of ELLEN C. McMANUS, Late of the County of Kings, Deceased. ANNIE M. VERRY, Appellant; BROOKLYN TRUST COMPANY, as Trustee under the Will of ELLEN C. McMANUS, and JANE F. WHITAKER, Individually and as Executrix, etc., of EDWARD WHITAKER, Respondents. — Motion for reargument denied, with ten dollars costs, payable by Jane F. Whitaker, individually. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of THE MORTGAGE CORPORATION OF NEW YORK, as Trustee, etc., Respondent, v. 414 AVENUE N, INC., Appellant.— Motion for stay denied. (*Manufacturers Trust Co.* v. *Madgo Realty Corp.*, 256 App. Div. 954.) Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION in Respect of HARRY WISHNEW, an Attorney and Counselor at Law, Respondent.— Motion to confirm reports of official referees in disciplinary proceedings. Reports are confirmed to the extent of finding that respondent willfully converted to his own use the moneys of his client Rosenberg and in connection therewith grossly and recklessly neglected the interests of his client to her loss; converted the money of his client Godun, and in this proceeding in relation to his conduct of that client's affairs willfully swore falsely. Throughout the proceeding respondent made the serious mistake of not being frank with the court. Official Referee Isaac M. Kappor recommends disbarment. The court is compelled to hold that respondent is no longer fit to continue the practice of the law. The respondent is disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

SAMUEL KETOVER, Respondent, v. HENRIETTA ROFF, Defendant; MORRIS BLUMBERG, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ABRAHAM KRAKAUER, Appellant, v. COURTWAY REALTY CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

JOHN LETTIERI, Respondent, v. JENNIE LETTIERI, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CAROLINE MASSAR, Respondent; ADELAIDE MASSAR and Others, Plaintiffs, v. ARTHUR R. BELL and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.